THE LAKE SHORE AND MICHIGAN SOUTHERN RAILWAY COMPANY, Appellant, *v.* THE CITY OF DUNKIRK, Respondent.*

(Argued June 14, 1894; decided October 9, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 21, 1892, which affirmed a judgment in favor of defendant, entered upon a decision of the court on trial at Special Term.

*Daniel H. McMillan* for appellant.

*Lester F. Stearns* and *Walter D. Holt* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed. _____

